# MINTZ LEVIN

Jennifer B. Rubin | 212 692 6766 | jbrubin@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

**DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07**

May 17, 2007

MAY 17 2007

*Unseal*

*The attachment, p. 62 of Ex. 4, should be sealed immediately. So ordered. 5/17/07 /s/ JGK (A copy with the attachment is separately filed under seal. /s/ JGK USDJ)*

By Telecopy

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Theodore Itzkowitz v. Israel Discount Bank of New York, et al.*, 07 CV 3783 (S.D.J.)

Dear Judge Koeltl:

This firm represents the defendants in the above-referenced action. I am writing to request emergency relief from the Court immediately to seal an attachment to the Complaint that plaintiff filed earlier this week. Plaintiff has annexed to his Complaint an attachment (at page 62 of Exhibit 4 to the Complaint) a list of former and existing employees of Israel Discount Bank of New York ("IDBNY"), and identifying for each the applicable social security number and an amount of supplemental annual retirement allowance. IDBNY believes that this filing violates this Court's rules regarding Privacy and Public Access to Electronic Civil and Criminal Case Files.

We understand that the Complaint with the offending attachment has not yet been uploaded to the Court's public access site. We respectfully request that the Court delay the uploading of this document to the public site until we have the opportunity to file the appropriate motion addressing this issue.

I notified plaintiff's counsel, Eve Rachel Markewich, by voicemail last night that defendants were very concerned about this breach of privacy for these individuals. She responded by email that she is on trial and that defendants should "redact the document." This morning, I reached her partner, Lawrence Rosenstock by telephone, and informed him of my intent to request this emergency relief from the Court. He indicated that he would attempt to reach Ms. Markewich to advise her of this situation. I called Mr. Rosenstock back after speaking to your courtroom deputy, Mr. Fletcher, to ask him whether or not he consents to my requested relief. I was not able to reach him but I left him a voicemail asking him to return my call promptly to advise me of his client's position. He has not yet returned my call.

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

     I can be reached today in my Connecticut office at (203) 252-2694 if the Court would like additional information or if the Court wishes to confer about this situation. I have attached hereto, for the Court's convenience, the offending attachment.

Respectfully,

Jennifer B. Rubin (JR 3321)

Enclosure

cc:   By simultaneous telecopy
     Eve Rachel Markewich, Esq.
     Lawrence Rosenstock, Esq.
     Counsel for Plaintiff

ACTIVE 4047179v.1