USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
THEODORE ITZKOWITZ,

              Plaintiff,         Index No. 07 CV 3783 (JGK)

  -against-

ISRAEL DISCOUNT BANK OF NEW YORK,    STIPULATION AND ORDER
ISRAEL DISCOUNT BANK OF NEW YORK     **EXTENDING TIME**
SEVERANCE PLAN FOR SPECIFIED
EXECUTIVES, ISRAEL DISCOUNT BANK OF
NEW YORK SEVERANCE PLAN, ISRAEL
DISCOUNT BANK OF NEW YORK DEFERRED
COMPENSATION PLAN, and PENSION PLAN
FOR EMPLOYEES OF ISRAEL DISCOUNT
BANK OF NEW YORK,

              Defendants.
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that defendants' time to answer, move, or otherwise respond to plaintiff's Complaint is extended from June 4, 2007 to July 9, 2007. This is the first extension of time that defendants have sought in this matter.

Dated: June 5, 2007
New York, New York

MARKEWICH & ROSENSTOCK LLP

By: _____
Eve Rachel Markewich (EM 1948)
8 East 41st Street, Fifth Floor
New York, New York 10017
Tel: (212) 542-3156
Fax: (212) 481-1761

*Attorneys for Plaintiff*
*Theodore Itzkowitz*

MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.

By: _____
Jennifer B. Rubin (JR 3321)
Chrysler Center
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115

*Attorneys for Defendants*
*Israel Discount Bank of New York,*
*Israel Discount Bank of New York*
*Severance Plan For Specified*
*Executives, Israel Discount Bank of*
*New York Severance Plan, Israel*
*Discount Bank of New York Deferred*
*Compensation Plan, and Pension Plan*
*For Employees of Israel Discount Bank*
*of New York*

SO ORDERED: _____
U.S.D.J.

6/13/07

4058218v.3