```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

THEODORE ITZKOWITZ,

            Plaintiff,

  -against-

ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN, ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN, and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK,

            Defendants.

------------------------------------X

Index No. 07 CV 3783 (JGK)

**STIPULATION AND ORDER**
**EXTENDING TIME**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that defendants' time to answer, move, or otherwise respond to plaintiff's Complaint is extended from June 4, 2007 to July 9, 2007. This is the first extension of time that defendants have sought in this matter.

Dated: June 5, 2007
New York, New York

| MARKEWICH & ROSENSTOCK LLP | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C. |
|---|---|
| By: _____ | By: _____ |
| Eve Rachel Markewich (EM 1948) | Jennifer B. Rubin (JR 3321) |
| 8 East 41st Street, Fifth Floor | Chrysler Center |
| New York, New York 10017 | 666 Third Avenue |
| Tel: (212) 542-3156 | New York, New York 10017 |
| Fax: (212) 481-1761 | Tel: (212) 935-3000 |
| | Fax: (212) 983-3115 |

*Attorneys for Plaintiff*
*Theodore Itzkowitz*

*Attorneys for Defendants*
*Israel Discount Bank of New York, Israel Discount Bank of New York Severance Plan For Specified Executives, Israel Discount Bank of New York Severance Plan, Israel Discount Bank of New York Deferred Compensation Plan, and Pension Plan For Employees of Israel Discount Bank of New York*

SO ORDERED: _____
U.S.D.J.

6/22/07

4058218v.3