AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

United States District Court     DISTRICT OF     Southern District of New York

THEODORE ITZKOWITZ,

               Plaintiff,

-against-

ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN, ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN, and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK,

               Defendants.

**APPEARANCE**

Case Number: 07-cv-3783 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants,

ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN, ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN, and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/9/2007 | /s/ Jennifer B. Rubin |
| Date | Signature |
| | Jennifer B. Rubin     JR 3321 |
| | Print Name     Bar Number |
| | Chrysler Center, 666 Third Avenue |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 935-3000     (212) 983-3115 |
| | Phone Number     Fax Number |