MINTZ LEVIN COHN
FERRIS GLOVSKY & POPEO, P.C.
Jennifer B. Rubin (JR-3321)
Michael S. Arnold (MA-8541)
The Chrysler Center
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
Fax: (212) 983-3115

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
THEODORE ITZKOWITZ,                 :
                                    :
                Plaintiff,          :      Index No. 07 CV 3783 (JGK)
                                    :
    -against-                       :
                                    :
ISRAEL DISCOUNT BANK OF NEW YORK,   :
ISRAEL DISCOUNT BANK OF NEW YORK    :      **DEFENDANTS' RULE 7.1**
SEVERANCE PLAN FOR SPECIFIED        :      **DISCLOSURE STATEMENT**
EXECUTIVES, ISRAEL DISCOUNT BANK OF :
NEW YORK SEVERANCE PLAN, ISRAEL     :
DISCOUNT BANK OF NEW YORK DEFERRED  :
COMPENSATION PLAN, and PENSION PLAN :
FOR EMPLOYEES OF ISRAEL DISCOUNT    :
BANK OF NEW YORK,                   :
                                    :
                Defendants.         :
------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ("FRCP"), Defendant Israel Discount Bank of New York, Israel Discount Bank of New York Severance Plan for Specified Executives, Israel Discount Bank of New York Severance Plan, Israel Discount Bank of New York Deferred Compensation Plan, and Pension Plan for Employees of Israel Discount Bank of New York, by and through their attorneys, Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., hereby disclose the following:

(1)    Israel Discount Bank of New York's parent corporation is Discount Bancorp, Inc., a private corporation.

(2)     The remaining defendants, Israel Discount Bank of New York Severance Plan for Specified Executives, Israel Discount Bank of New York Severance Plan, Israel Discount Bank of New York Deferred Compensation Plan, and Pension Plan for Employees of Israel Discount Bank of New York do not qualify as nongovernmental corporations under FRCP 7.1.

Dated: July 9, 2007
      New York, New York

                    MINTZ LEVIN COHN FERRIS
                    GLOVSKY & POPEO, P.C.

              By: _____
                  Jennifer B. Rubin, Esq. (JR-3321)
                  Michael S. Arnold (MA-8541)
                  The Chrysler Center
                  666 Third Avenue
                  New York, New York 10017
                  Tel:   (212) 935-3000
                  Fax:  (212) 983-3115

                  *Attorneys for Defendants*

4087635v.1