AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| United States District Court | DISTRICT OF | Southern District of New York |
|---|---|---|

THEODORE ITZKOWITZ,
                        Plaintiff,

-against-

ISRAEL DISCOUNT BANK OF NEW YORK,
ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN
FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF
NEW YORK SEVERANCE PLAN, ISRAEL DISCOUNT BANK OF
NEW YORK DEFERRED COMPENSATION PLAN, and PENSION
PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK,

                        Defendants.

**APPEARANCE**

Case Number: 07 cv 3783 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants,

ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT
BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES,
ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN,
ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN,
and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK,

I certify that I am admitted to practice in this court.

| 7/10/2007 | s/ Michael S. Arnold |
|---|---|
| Date | Signature |
| | Michael S. Arnold |
| | Print Name                             Bar Number |
| | Chrysler Center, 666 Third Avenue |
| | Address |
| | New York         NY         10017 |
| | City              State            Zip Code |
| | (212) 935-3000       (212) 983-3115 |
| | Phone Number              Fax Number |