```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\10\07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THEODORE ITZKOWITZ,

                Plaintiff(s),

    -against-

ISRAELI DISCOUNT BANK OF NEW YORK, et al.,
                Defendant(s),
-----------------------------------------------------------X

07 civ 3783 (JGK)

**ORDER**

    A motion to dismiss was filed on July 9, 2007.

    The plaintiff shall serve and file papers in response to the motion by **July 23, 2007.**

    The defendant shall serve and file any reply papers by **August 6, 2007.**

    The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        July 9, 2007