UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
THEODORE ITZKOWITZ,                                         :  Index No.07-CV-3783(JGK)
                                                            :
                    Plaintiff,                              :
                                                            :
         -against-                                          :  **NOTICE**
                                                            :
ISRAEL DISCOUNT BANK OF NEW YORK,                           :
ISRAEL DISCOUNT BANK OF NEW YORK                            :
SEVERANCE PLAN FOR SPECIFIED                                :
EXECUTIVES, ISRAEL DISCOUNT BANK OF                         :
NEW YORK SEVERANCE PLAN, ISRAEL                             :
DISCOUNT BANK OF NEW YORK DEFERRED                          :
COMPENSATION PLAN, and PENSION PLAN                         :
FOR EMPLOYEES OF ISRAEL DISCOUNT BANK                       :
OF NEW YORK,                                                :
                                                            :
                    Defendants.                             :
---------------------------------------------------------- X

PLEASE TAKE NOTICE that the correct name and address of the firm representing plaintiff is:

> MARKEWICH AND ROSENSTOCK LLP
> 8 East 41st Street, Fifth Floor
> New York, New York  10017
> (212) 542-3156

Dated:   November 8, 2007
         New York, New York

MARKEWICH AND ROSENSTOCK LLP

By: _____
   Eve Rachel Markewich
   8 East 41st Street, Fifth Floor
   New York, New York 10017
   (212) 542-3156