UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

THEODORE ITZKOWITZ,

        Plaintiff,

ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN, and ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN, and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK

        Defendants.

---------------------------------------- X

Index No. 07 CV 3783 (JGK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, THEODORE ITZKOWITZ, and Defendants, ISRAEL DISCOUNT BANK OF NEW YORK, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN FOR SPECIFIED EXECUTIVES, ISRAEL DISCOUNT BANK OF NEW YORK SEVERANCE PLAN, ISRAEL DISCOUNT BANK OF NEW YORK DEFERRED COMPENSATION PLAN and PENSION PLAN FOR EMPLOYEES OF ISRAEL DISCOUNT BANK OF NEW YORK, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned case be

dismissed with prejudice, without costs or attorneys fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(2).

January 2, 2008

                              **MARKEWICH AND ROSENSTOCK LLP**

                              By: _____

                              Eve Rachel Markewich
                              8 East 41st Street
                              Fifth Floor
                              New York, New York  10017

                              *Counsel for Plaintiff*

                              **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.**

                              By: _____

                              Jennifer B. Rubin
                              Chrysler Center
                              666 Third Avenue
                              New York, New York  10017

                              *Counsel for Defendants*

IT IS SO ORDERED:

_____
The Honorable John G. Koeltl
United States District Judge for the
Southern District of New York

1/4/08

-2-